**Order filed, July 05, 2013.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-13-00272-CV

———————

**BENJAMIN K. SANCHEZ, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT4, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT4, HOMEWARD RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., AND REAL TIME RESOLUTIONS, INC., Appellee**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2012-06133**

## ORDER

The reporter's record in this case was due **May 08, 2013**. *See* Tex. R. App. P. 35.1.  On **May 23, 2013**, this court ordered **Cantrece Addison** to file the record within 30 days. On **May 08, 2013**, **Sheri Ullrich** notified the court that no payment arrangements had been made for the record.

On **May, 24, 2013** the appellant's motion for a free appellate record was granted in the trial court. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cantrece Addison and Sheri Ullrich**, the court reporters, to file the record in this appeal **within 20 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Cantrece Addison and Sheri Ullrich** do not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM